CARGILL, INC. and State Accident Insurance Fund, Petitioners,

v.

Kenneth POWELL and Director, Office of Workers Compensation Programs, United States Department of Labor, Respondents.

No. 75–2655.

United States Court of Appeals, Ninth Circuit.

Feb. 7, 1980.

Before: LUMBARD, WRIGHT and ANDERSON, Circuit Judges.

### ORDER

ON REMAND from the United States Supreme Court, 444 U.S. 987, 100 S.Ct. 516, 62 L.Ed.2d 417, vacating the judgment in *Cargill, Inc. v. Powell*, 573 F.2d 561 (9th Cir. 1979), for consideration in light of *P. C. Pfeiffer Co. v. Ford*, 444 U.S. 69, 100 S.Ct. 328, 62 L.Ed.2d 225 (1979).

ON CONSIDERATION WHEREOF, it is ordered by this court that the opinion in *Cargill, Inc. v. Powell*, No. 75–2655, filed on November 17, 1977, be withdrawn.

IT IS FURTHER ORDERED that the decision of the Benefits Review Board is affirmed and the petition for review is denied.

UNITED STATES of America, Plaintiff-Appellee,

v.

HUMBOLDT FIR, INC., Defendant-Appellant.

No. 77–3594.

United States Court of Appeals, Ninth Circuit.

March 12, 1980.

Robert E. Phelan, Rothschild, Phelan & Montali, San Francisco, Cal., argued, for defendant-appellant.

Nancy B. Firestone, Atty., Dept. of Justice, Washington, D. C., for plaintiff-appellee.

### ORDER

Appeal from the United States District Court for the Northern District of California.

Before BROWNING and KILKENNY, Circuit Judges, and EAST,* Senior District Judge.

We affirm on the grounds set forth in the opinion of the district court. *See In re Humboldt Fir, Inc.*, 426 F.Supp. 292 (N.D. Cal. 1977).

* Honorable William G. East, Senior Judge, United States District Court, District of Oregon, sitting by designation.